■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVION HILL, Appellant. [987 NYS2d 903]—Appeal by the defend-

ant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Walsh, J.), imposed December 18, 2009, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant purportedly waived his right to appeal. The Supreme Court, however, did not fulfill its responsibility to ensure that the waiver was knowing, voluntary, and intelligent (*see People v Bradshaw*, 18 NY3d 257, 264-265 [2011]). Accordingly, the waiver cannot be enforced (*see id.* at 265-266).

However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson, Chambers and Hinds-Radix, JJ., concur.